# MAY, 1925.

## E. E. LUCAS v. THE STATE.

No. 8817.   Delivered May 13, 1925.

1.—Manufacturing Intoxicating Liquors—Evidence Sufficient.

There are no bills of exception in the record, and it appearing from the statement of facts that the evidence is sufficient to support the verdict, the cause is affirmed.

Appeal from the District Court of Taylor County. Tried below before the Hon. W. R. Ely, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Taylor County of manufacturing intoxicating liquor; and his punishment fixed at one year in the penitentiary.

There are no bills of exception in the record. We have examined the statement of facts which amply supports the conclusion of guilt reached by the jury.

Finding no error in the record, the judgment will be affirmed.

*Affirmed.*